IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DIEN XUAN NGO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | No. 3:25-cv-01943-L (BT) |
| | § | |
| KRISTI NOEM, et al., | § | |
| | § | |
| Respondents. | § | |

## ORDER

Before the Court is Petitioner's Emergency Motion for Temporary Restraining Order and/or Preliminary Injunction (ECF No. 4). Petitioner's Certificate of Service (ECF No. 8) indicates that Respondents have waived formal service.

Accordingly, the Court **ORDERS** as follows:

- Respondents must file a notice of appearance in this action by **August 1, 2025.**

- Thereafter, Respondents must file a response to Petitioner's Emergency Motion for Temporary Restraining Order or Preliminary Injunction (ECF No. 4) by **August 8, 2025**.

- Petitioner may file a reply brief within **seven days** of the filing of Respondent's response.

SO ORDERED.

July 29, 2025.

_____
REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE